1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3705
7      Facsimile: (510) 637-3724
       E-Mail:    Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR-09-00168 SBA
                                    )
14         Plaintiff,               )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO CONTINUE CHANGE OF
15    v.                            )   PLEA HEARING AND EXCLUDE TIME
                                    )   UNDER THE SPEEDY TRIAL ACT
16 JERMAINE D. CLEGHORN,            )
                                    )
17         Defendant.               )
                                    )
18 ─────────────────────────────────

19     IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Joyce Leavitt, that the change of

21 plea hearing presently set for September 1, 2009, be continued to September 15, 2009, at 11:00

22 a.m. The request for a continuance is due to the unavailability of counsel for the government on

23 September 1, 2009. In addition, defense counsel requires additional time to advise the defendant

24 on issues related to a guilty plea. The parties agree that the delay is not attributable to lack of

25 diligent preparation on the part of counsel. For these reasons, the parties request that time under

26 the Speedy Trial Act be excluded based on the government and defendant's need for reasonable

27 time necessary for effective preparation and continuity of counsel, taking into account the

28 exercise of due diligence. The parties agree that the waiver covers all time between July 7, 2009

and September 15, 2009.

IT IS SO STIPULATED:

Dated: August 27, 2009

/S/
JOYCE LEAVITT
*Attorney for Defendant*

Dated: August 27, 2009

/S/
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for September 1, 2009 is hereby rescheduled for September 15, 2009 at 11:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between July 7, 2009 and September 15, 2009 would unreasonably deny the parties the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 7, 2009 and September 15, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between July 7, 2009 and September 15, 2009 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: August 31, 2009

HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

-2-